AO 442 (Rev. 11/11)  Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>Michael Orangias<br><br>―――――――――――――――――――<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) | Case: 1:21-mj-00315<br>Assigned To : Meriweather, Robin M.<br>Assign. Date : 3/16/2021<br>Description: Complaint w/ Arrest Warrant |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  ―――――――――――――――  Michael Orangias  ――――――――――――――― ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ☒ Complaint
❏ Probation Violation Petition        ❏ Supervised Release Violation Petition        ❏ Violation Notice        ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1), (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without
Lawful Authority;
40 U.S.C. § 5104(e)(2) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date:     03/16/2021

―――――――――――――――――――――――
*Issuing officer's signature*

City and state:        Washington, D.C.

Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 03/16/2021 , and the person was arrested on *(date)* 03/17/2021<br>at *(city and state)*  Louisville, KY . |
| Date: 03/18/2021 |

―――――――――――――――――――――――
*Arresting officer's signature*

Christopher Assel, Special Agent
*Printed name and title*