UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br> v.<br><br>MICHAEL ORANGIAS,<br><br>   Defendant. | Case No. 21-cr-265 (CKK) |

### NOTICE

On May 10, 2021, this Court issued an Order directing the defense to file its response to the Government's motion for a protective order. After further review of the motion, the defense does not object to the protective order at this time. The defense, however, reserves the right to object at a later point.

             Respectfully submitted,

             A. J. Kramer
             Federal Public Defender

             *Jose A. German*
             Jose A. German
             Assistant Federal Public Defender
             625 Indiana Ave., N.W., Suite 550
             Washington, D.C.  20004
             (202) 208-7500