UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Filed Electronically)

**CRIMINAL ACTION NO. 1:21CR-265-CKK**
**UNITED STATES OF AMERICA,**                                          **PLAINTIFF,**

**vs.**

**MICHAEL ORANGIAS,**                                                        **DEFENDANT.**

### AGREED ORDER TO MODIFY CONDITION OF PRE-TRIAL RELEASE

THIS CAUSE came to be heard by the agreement of both parties to remove the condition of pre-trial release that Mr. Orangias must notify and obtain permission of PSA of any travel outside of the Western District of Kentucky. This Court having reviewed this matter and being duly advised in the premises, finds as follows and enters this order;

**IT IS HEREBY ORDERED** that Mr. Orangias is permitted to travel outside of the Western District of Kentucky to the Southern portion of Indiana without prior permission, as these locations are very close to one another and many residents of Louisville, Kentucky routinely travel, shop and frequent, the Southern portion of Indiana.

**IT IS FURTHER ORDERED** that the remainder of pre-trial conditions shall remain in full force and effect.

s/ Laura R. Wyrosdick                                      s/ Christopher D. Amore
Assistant Federal Defender                          Assistant United States Attorney

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808