CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal Case No.: 21cr265 (CKK) |
| | ) | |
| MICHAEL ORANGIAS | ) | |
| | ) | |
| | ) | |

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

Defendant

Counsel for Defendant

I consent:

Assistant United States attorney

Approved:

Colleen Kollar-Kotelly

United States District Judge

Date: August 31, 2021