UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No. 21-cr-265 (CKK) |
| MICHAEL ORANGIAS : | |
| : | |
| Defendant. : | |

**JOINT MOTION TO CONTINUE SENTENCING HEARING AND
MODIFY SENTENCING RELATED DEADLINES**

The United States of America and the Defendant, through their respective counsel, jointly move this Court to adjourn the sentencing hearing currently scheduled for February 25, 2022, and modify the deadlines for sentencing memoranda to be filed.

Counsel for the United States is currently scheduled to be on trial in another matter when the Government's sentencing memorandum is due on January 18, 2022, and he also has a personal scheduling conflict on the current date of the sentencing hearing on February 25, 2022.

Accordingly, the Government respectfully requests that the Court reschedule the sentencing hearing to March 7, 2022, and modify the deadline for the Government to file its sentencing memorandum to January 28, 2022, and the deadline for the Defense to file its sentencing memorandum to February 25, 2022. Both parties consent to this request.

Respectfully submitted,

MATTHEW M. GRAVES
Acting United States Attorney
D.C. Bar No. 481052

By:   *s/ Christopher D. Amore*
CHRISTOPHER D. AMORE
Assistant U.S. Attorney
Capitol Riots Detailee
NY Bar No. 5032883
970 Broad Street, Suite 700
Newark, NJ 07102
(973) 645-2757
Christopher.Amore@usdoj.gov

1