UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : |
| MICHAEL ORANGIAS | : Case No. 21-cr-265 (CKK) |
| Defendant. | : |

### ORDER

Upon consideration of the Government's Joint Motion to Continue the Sentencing Hearing and Modify Sentencing Related Deadlines,

It is this 27th day of December, 2021, hereby

**ORDERED** that the Sentencing Hearing will be continued until March 7, 2022 at 10:00 AM by video

**ORDERED** that the Government's Sentencing Memorandum is due by January 28, 2022; and

**ORDERED** that the Defendant's Sentencing Memorandum is due by February 25, 2022.

Dec. 27, 2021
DATE

HON. COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE