FD-302 (Rev. 5-8-10)

- 1 of 2 -

FEDERAL BUREAU OF INVESTIGATION



Date of entry    01/19/2021

MICHAEL ORANGIAS, date of birth ▓▓▓▓▓, resident address ▓▓▓▓▓ Louisville, KY 40216, cellular telephone number▓▓▓▓▓ was telephonically interviewed on January 15, 2021 at approximately 12:45 p.m.  After being advised of the identity of the interviewing agent and the nature of the interview, ORANGIAS provided the following information:

(AGENT NOTE - initially, writer left a voicemail message on ORANGIAS telephone asking to speak with him.  ORANGIAS quickly called back and left a voicemail message on writer's office telephone number.  Writer immediately called ORANGIAS back and conducted this telephonic interview.  It is noted that ORANGIAS admitted to attempting to delete the photographs and videos on his phone after receiving the initial voicemail, but while on the telephone with writer, ORANGIAS was able to recover them at the request of writer.  Additionally, ORANGIAS consented to the FBI reviewing his telephone.  Subsequently, ORANGIAS attempted to send the photographs and videos to an FBI Louisville email address).

ORANGIAS stated that he had recently traveled with his friend MYLES FOSTER, cellular telephone number 502-▓▓▓▓▓, to Washington, D.C. and was there on Wednesday, January 6, 2021.  He and FOSTER left Louisville, KY by car late on Tuesday, Jan. 5th and arrived in Washington, D.C. at approximately 9:30 a.m. on Wednesday, Jan. 6th.  They traveled to attend the speech of President Trump.  He stated that he left Washington, D.C. later on Wednesday and arrived back to Louisville at approximately 5:30 a.m. on Thursday, January 7 th.

ORANGIAS stated that after attending President Trump's speech near the Washington Monument he followed a large group as they made their way to the U.S. Capitol.  He denied doing anything wrong and denied going into the U.S. Capitol.  He claimed that he was at the patio or front porch of the U.S.

Investigation on  01/15/2021  at  Louisville, Kentucky, United States (Phone)

File #  ▓▓▓▓▓                                        Date drafted  01/15/2021

by  ASSEL CHRISTOPHER GEORGE

This document contains neither recommendations nor conclusions of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

DEFENDANT'S EXHIBIT A

FD-302a (Rev. 5-8-10)

Continuation of FD-302 of (U) Interview of Michael Orangias , On 01/15/2021 , Page 2 of 2

Capitol building. He noticed police barricades were set up in certain places. He claimed that he is not a violent person and is not a confrontational person. He claimed to have pictures and videos on his telephone of the events. He said the photos and videos show people holding flags and enjoying each other. ORANGIAS stated that he had pictures on his phone of the police line at the U.S. Capitol doorway.

ORANGIAS was questioned again whether he had entered the U.S. Capitol. He claimed to have made it to the doorway and then turned around. He said after he turned around, he hung out around the patio area for approximately an hour before leaving the U.S. Capitol grounds.

He did not have any knowledge of any upcoming events or protests. He claimed he would not participate in any protests or activity over the weekend or next week. He repeatedly denied doing any wrong.

ORANGIAS believed he knew who had complained about him because this individual has caused a lot of problems at KCC International. The individual's name is TOM GUTSELL (phonetic spelling), and ORANGIAS claimed this individual had recently met with KCC International management and caused concerns within the work force due to his political beliefs.

He agreed to the FBI reviewing his phones for pictures and videos.

FD-302 (Rev. 5-8-10)

- 1 of 2 -

**FEDERAL BUREAU OF INVESTIGATION**

OFFICIAL RECORD

Date of entry  01/20/2021

MICHAEL ORANGIAS, date of birth [redacted], resident address [redacted] Louisville, KY 40216, cellular telephone number 502-[redacted], was interviewed at his place of employment, KCC International, 2716 Grassland Drive, Louisville, KY 40299 on January 15, 2021 at approximately 3:00 p.m. After being advised of the identity of the interviewing agents and the nature of the interview, ORANGIAS provided the following information:

ORANGIAS admitted to being in Washington, D.C. on Wednesday, January 6, 2021. ORANGIAS drove to Washington, D.C. from Louisville, Kentucky and arrived at approximately 9:30 a.m. ORANGIAS parked near the Washington Monument and attended the speech of President Trump. After the speech, ORANGIAS followed a large group and walked toward the U.S. Capitol. Initially, he was standing on the front patio of the U.S. Capitol but eventually made his way near one of the entry doors. There was a large group of people standing, waiting to enter the U.S. Capitol. ORANGIAS described individuals shuffling people into the U.S. Capitol. ORANGIAS described being one of these people and claimed that he stayed just in the entryway area of the building. ORANGIAS captured this moment with a video on his telephone, a copy of which is attached herein as a 1A.

ORANGIAS did not stay in the entryway area for a long duration and claimed to leave the building and go back outside after approximately 5-7 minutes. Once outside, he remained on the U.S. Capitol patio for approximately an hour and then returned to his vehicle and drove back to Louisville, KY. He arrived back to Louisville at approximately 5:30 a.m. on Thursday, January 7th. ORANGIAS consented to the interviewing agents reviewing his telephone for videos and photographs related to these moments. ORANGIAS agreed and consented to the FBI copying these videos and photographs, which are attached herein as a 1A.

Investigation on  01/15/2021  at  Louisville, Kentucky, United States (In Person)

File # [redacted]                                                Date drafted  01/15/2021

by ASSEL CHRISTOPHER GEORGE, JOHNSON ANNE D

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

Continuation of FD-302 of (U) Second Interview of Michael Orangias. , On 01/15/2021 , Page 2 of 2

ORANGIAS reported Tom Gutsell (phonetic), an employee of KCC International (hereinafter "KCC") has verbalized anti-Trump sentiments openly at KCC. ORANGIAS believed Gutsell filed an anonymous complaint about him attending the Trump speech on January 06, 2021 to the FBI. Approximately two months prior at KCC, Gutsell stated openly, and in a threatening manner that all Trumpers should be gathered up and taken care of. This was verbalized to Myles Foster at KCC. ORANGIAS stated that supervisors at KCC are aware and may have officially documented the threatening behavior. ORANGIAS estimated Gutsell to be approximately 65 years of age.

Throughout the interview, ORANGIAS denied conducting any vandalism, destruction of property, or conducting any criminal activity.

As noted above, ORANGIAS consented to Special Agents reviewing photographs and videos that he took on his telephone from the scene described above. These videos and photographs were imaged on scene by a FBI Louisville computer scientist. These photographs and videos are attached as a 1A.

ORANGIAS was advised that failure to be honest with the FBI could be a prosecutable offense and was asked whether there was anything further he wanted to share about the events of January 6th. ORANGIAS claimed to have shared everything he could remember and wanted to cooperate as much as possible, hence why he had called back to the FBI so quickly and was willing to meet and provide his photographs and videos.