Relating to my charges in regards to my time at the Capitol on January 6, 2021, I would like to make a few statements.

I traveled to Washington D.C. on January 6, 2021, from Louisville to attend a speech being made by, then President, Donald Trump. I had every intention to hear the speech and wave my American flag around, then return home. That was the entire purpose of the trip. Towards the end of the speech, Trump encouraged all those in attendance to walk down towards the Capitol and let the voices of the people peacefully be heard.

Once through the entrance of the doorway to the Capitol building, I made it about five feet into the building and noticed a Police barricade which was located about ten feet inside the building. Some people near me in the building began screaming at the police barricade though, which made for a very tense and uncomfortable situation in a cramped area. I did not come there to yell at law enforcement, and began having a panic attack as the screams continued. This was the moment I felt I needed to exit the building, and as fast as possible. I attempted to turn around and exit through the same door I entered through, which was just feet behind me. Due to how tight people were packed, and seeing the crowd continue to pile in from the door behind me, I made my exit through a window. Once I was able to get outside, I was on the patio area where the crowd was calm, and where I remained for about an hour before returning home that same day.

I was contacted by the FBI over the phone on two separate occasions following my time in Washington D.C. Around the time I was contacted, I was also seeing media coverage regarding the arrests of others individuals present at some time that day who entered the Capitol building. I denied entering the building during these phone calls because I was scared that the same might happen to me, even though I wasn't far inside the building and spent less than a total of seven minutes inside, including the time it took me to exit.

Once I was approached in person by the FBI, I was cooperative and forthcoming. I gave an honest account of everything I heard and saw that day. They also had complete access to my cell phone including all pictures and videos I obtained that day as well as my communications. At this time, I was convinced that I might have some information within those pictures and videos that might be beneficial to law enforcement in identifying certain people of interest amongst the crowd. There was violence and property destruction that day. There might have been specific people in relation to these crimes that I captured identifying photos of at some point that day.

In reflection, I regret entering the Capitol building. I did not cause any property damage or bodily harm to others while there. I did not encourage others to do such things, either. It wasn't until I returned home and watched the news that I realized the details and the magnitude of what was happening further inside the building.

I hope my character witness, and a clean record prove that I am not a malicious person or threat to anyone. I enjoy working hard and enjoying the simple things. Currently, I am enrolled in classes to obtain my Master electrician license. I love my job, my dog, and spending time outdoors. I would never attend an event similar to this again and I hope all of this is taken into consideration.



DEFENDANT'S EXHIBIT
B