**Chastity Beyl**

---

**From:**
**Sent:** Saturday, March 5, 2022 9:45 PM
**To:** Chastity Beyl
**Subject:** Case reference 0090 1:21CR00265-001 Character witness for Mike Orangias

**Follow Up Flag:** Flag for follow up
**Flag Status:** Flagged

---

**EXTERNAL SENDER**

The Honorable Colleen Kollar-Kotelly
United States District Court
District of Columbia

Case reference 0090 1:21CR00265-001

Hi, My name is Kelly Lyons. I am the girlfriend of Mike Orangias. I have been dating him a little over six months, but have been friends with him for seven years. I am lucky to know such a thoughtful and caring individual, and would like to make a few statements on behalf of his character
First off, Can we mention his kindness and selflessness? We came home from running errands the other night, and he asked me if I had any wool socks. As I was going to get a pair for him, I asked him if he was cold. He stated, "No. The homeless man we passed on the side of the road really bothered me. I'm making a care bag for him." As I looked his direction, I saw a large dry bag filled with warm clothes and some non-perishable items. This was all his doing and something that we had not discussed, and it warmed my heart to see him providing for those less fortunate while putting a lot of thought into it, expecting literally nothing in return. He believes in helping his neighbor and building relationships with people.
Mike is also incredibly gentle and kind. To me, to his friends and family, to animals, and even insects. In all the time that I have known him, he never had physical confrontation with anyone. Nor does he have any history of physical confrontations. He is simply not a fighter. He maintains close friendships with coworkers and has several long term friends established from local camping and kayaking groups. In fact, he is often the mediator of the groups. Mike has a lot of love in his heart and is a calm and level headed individual. I see him shut in and get silent/take some space to himself when feeling stressed, upset, or angry. He absolutely never lashes out at me or others. Overall, he is not a stressed, upset, or angry individual though.
While I adore him, I do want to acknowledge that he wakes up human every day. He is not perfect by any means, but he is a wonderful person. A simple, but driven and productive man with



DEFENDANT'S EXHIBIT C

1

varied interests. He is successful and motivated at work. Most weeks he works over time, is never late, and was recently offered a very decent promotion with schooling paid for. He is going to be a Master Electrician soon and I couldn't be more proud of how hard he has worked for this and the time and dedication he has put into accomplishing all that he has thus far. He also spends a good balance of time doing things at home he enjoys. This includes spending every free moment with his dog, and staying active. He enjoys a lot of outdoor activities such as camping, hiking, kayaking, canoeing, off roading, bow hunting, fossil collecting, and fishing.
I hope that my statement, as well as the statements of others are taken into consideration when imposing sentencing. I really appreciate your time.
-Kelly Lyons

Sent from my Galaxy