Kay Orangias



Honorable Judge Colleen Kollar-Kotelly
United States District Court for the District of Columbia

RE: Sentencing of Mike Orangias

01/24/2022

Honorable Judge Kollar-Kotelly,

Thank you for taking the time to read my letter.

My son, Mike Orangias is scheduled to appear for sentencing in your court on February 25, 2022.

I wanted to share with you a little about him.

Mike has never been in any kind of trouble before.

He is a functioning, contributing adult to society.  He rents a home, has a job, and pays his bills,

Mike completed school while working full time.  He passed his exams and is now a licensed electrician.  He has a lot of responsibilities at his job and is considered an important part of their team.

Mike enjoys camping, hiking, kayaking, riding atv's, fishing and taking care of his dog Moby.



DEFENDANT'S
EXHIBIT
D

I have two children and he is my oldest. He is a brother and an Uncle.

If Mike were to be sentenced to jail this would impact his family, his job, his finances, his personal life and his employer.

As a Mom, this would be heartbreaking. I can not imagine him being locked up and unable to continue his life walk as a free man. I really feel this would set him back and could cause a lot of mental distress.

Please, please consider this carefully, he is not a criminal and I believe he will never put himself in this type of position again.

Thank you so much,

*Kay-Ann Orangias*