**From:** Carlos Gilestra




February 23, 2022

**To:** The Honorable Colleen Kollar-Kotelly

United States District Court

For The District of Columbia

**Re:** Character Reference for court

**Honorable Judge Kollar-Kotelly:**

My name is Carlos Gilestra, and I am writing in reference to Case 0090 1:21CR00265-001, which involves Michael Orangias.

I have known Michael Orangias for about 3 years. I am the Maintenance Supervisor for the department in the company Mike works for. I believe I am in a position to speak to Mike's moral character, and I pray you will take this letter into consideration when making your decision.

Michael Orangias, in short, is a good person. He has always been kind, respectful, and fair with others at work and outside of work. He is trustworthy, responsible, and caring at and outside of work. Michael has a strong sense of duty, which applies to his job, family, and community. He possesses a great deal of integrity and constantly strives to make sure he is doing the right thing. Michael is a good citizen.

It must be difficult for you to make decisions like this when you do not actually don't know the person standing in front of you. I hope you take this letter into account for Michael's judgment, as proof that he is a man of good character.

Sincerely,

Carlos Gilestra

