

FROM THE DESK OF

# Captain Nathan Ginn

February 26, 2022

The Honorable Colleen Kollar-Kotelly
United States District Court
District of Columbia

    I am writing you regarding and upcoming case against Michael Orangis Ref 0090 1:21CR00265-001.

    I have been a close friend of Mike for around 10 years, mostly in a manner where we have backpacked, hiked, canoed, and in general recreated together. I have spent more time with him than a majority of my other friends and consider him to be one of the closest. I have seen him first hand be a helpful citizen to other people both in times of need and not. I have watched him take extra effort to make sure everyone was doing well and helped where needed in times of emergency. He has a loyalty to his friends and country beyond most men I have encountered. While we work in very different career fields he represents the type of individual I chose to work with and call a good friend.

    I think with my background as a paid full time professional ranking officer on my fire department and nearly 20 years of experience I have become an excellent judge of a mans character. Mike is generally of the highest quality. I know that you have a decision to make regarding his punishment and I ask that you show significant leniency. I know there are many other factors beyond that I am not aware of but I know your decision will have a huge bearing on his life to come.

    For the time leading up to this point he has felt the significant consequences the has lead to this coming to fruition. Going forward I feel Mike is not a threat to the safety and security of this great Nation. In retrospect he has a great deal to add in the continuance of being a model of hard work, ownership, respect, and kindness.

Sincerely,

Captain Nathan Ginn

